IMO G. AND J.K. ENTERPRISES, INC., T/A THE RENDEZVOUS LOUNGE v. DIVISION OF ALCOHOLIC BEVERAGE CONTROL.

January 13, 1986.

Petition for certification denied.

IN THE MATTER OF THE ESTATE OF H. JEROME SISSELMAN, DECEASED.

January 13, 1986.

Petition for certification denied.

SAMUEL A. JACOBS v. GREAT PACIFIC CENTURY CORPORATION.

January 22, 1986.

Petition for certification granted.   (See 204 *N.J.Super.* 605)

SAMUEL A. JACOBS v. GREAT PACIFIC CENTURY CORPORATION.

January 22, 1986.

Cross-petition for certification granted.   (See 204 *N.J.Super.* 605)